**Opinion issued March 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-01004-CV

———————————

**KI JUN JANG AND YK QUICK STOP FOOD, INC., Appellants**

**V.**

**UM INVESTOR CO., LLC, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-13558**

---

## MEMORANDUM OPINION

Appellants, Ki Jun Jang and YK Quick Stop Foods, Inc., appealed from the trial court's November 7, 2019 final judgment. The parties subsequently filed a joint motion to dismiss announcing to the Court that they had entered into a settlement agreement and requesting that we "dismiss this appeal, and remand the

matter to the District Court to vacate the final judgment and for the release of the appeals bond back to Appellants." We asked the parties to clarify the nature of the relief sought, and they filed a second joint motion to dismiss requesting that this Court vacate the trial court's judgment and dismiss the case. No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the parties' motion to dismiss. We vacate the trial court's judgment and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e); *see e.g.*, *Jester Venture Ltd. v. Nash*, No. 01-06-00512-CV, 2006 WL 2042358, at *1 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.) (vacating trial court's judgment and dismissing case on parties' agreed motion). We further release the cash deposit in lieu of bond paid by appellants. We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Kelly, Landau, and Hightower.